UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

FEB - 7 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>BRANDON KEITH HARDY )<br>a/k/a "PhreakIN" )<br>a/k/a "phreakin" ) | DOCKET NO. 1:23cr8-MR-WCM<br><br>BILL OF INDICTMENT<br><br>Violations:<br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(2)(A) |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about October 17, 2022, in Buncombe County, within the Western District of

North Carolina and elsewhere, the defendant,

BRANDON KEITH HARDY
a/k/a "PhreakIN"
a/k/a "phreakin"

did knowingly transport child pornography, as defined in Title 18, United States Code, Section

2256(8)(A), using any means and facility of interstate and foreign commerce, and in and

affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1).

*Space intentionally left blank.*

1

## COUNT TWO

On or about October 17, 2022, in Buncombe County, within the Western District of North Carolina, and elsewhere, the defendant

BRANDON KEITH HARDY
a/k/a "PhreakIN"
a/k/a "phreakin"

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

*Space intentionally left blank.*

2

# NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 2253; 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253, 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

A TRUE BILL:

GRAND JURY FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY