THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:23-cr-00008-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRANDON KEITH HARDY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Victim Impact Statement Request Dismissal of Case with Prejudice" filed by Gail Hardy on behalf of the Defendant Brandon Keith Hardy. [Doc. 48].

The Defendant was found guilty by a jury of one count of transporting child pornography, one count of distributing child pornography, and one count of making a notice seeking a minor to participate in creating child pornography, in violation of 18 U.S.C. §§ 2252A and 2251(d). [Doc. 38]. He is currently awaiting sentencing.

The present letter was filed by Gail Hardy, the Defendant's mother.[1] In her letter, Ms. Hardy makes several legal arguments in advocating for the dismissal of the criminal prosecution against her son. [Doc. 48]. Ms. Hardy, however, is not an attorney at law. As a third party, she is not permitted to sign and file motions on the Defendant's behalf. Further, the unauthorized practice of law in the State of North Carolina is a criminal offense. See N.C. Gen. Stat. §§ 84-4, 84-8. Accordingly, the letter filed by Ms. Hardy [Doc. 48] will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the "Victim Impact Statement Request Dismissal of Case with Prejudice" filed by Gail Hardy [Doc. 48] is **STRICKEN** from the record.

**IT IS SO ORDERED.**

Signed: January 13, 2025

Martin Reidinger
Chief United States District Judge

---

[1] Ms. Hardy previously filed a letter in support regarding sentencing. [Doc. 47]. While that letter contained inappropriate legal arguments, the letter also included information that is appropriate for the Court to consider from a layperson. As such, the Court did not strike Ms. Hardy's previous letter.

2